## Pinsky, Appellant, v. Goldstein's Fruit & Produce Co., Inc.

Argued November 19, 1945. Before BALDRIGE, P. J., RHODES, RENO, DITHRICH, ROSS and ARNOLD, JJ. (HIRT, J., absent).

*Leonard J. Schwartz,* with him *Maurice E. Cohen,* for appellant.

*Thomas E. Comber, Jr.*, with him *Pepper, Bodine, Stokes & Schoch* and *Truman D. Wade,* for appellee.

PER CURIAM, November 20, 1945:
The six judges who heard this case being equally divided in opinion, the judgment is affirmed at the costs of the appellant.